UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREG BALTIMORE, ET AL., | ) |
| | ) |
| Plaintiffs, | ) CONSOLIDATED |
| | ) No. 3:06-0578 |
| v. | ) No. 3:06-0579 |
| | ) No. 3:06-0580 |
| CITY OF FRANKLIN, | ) JUDGE ECHOLS |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Motion for Attorney's Fees (Docket Entry No. 122) filed by Plaintiffs Greg Baltimore and Rick Cotton is hereby GRANTED IN PART AND DENIED IN PART. The Motion is hereby GRANTED in that the Court awards Plaintiffs attorney's fees and paralegal fees in the **grand total amount of $216,222.50.** This figure is comprised of attorney lodestar compensation of $182,687.50 (730.75 attorney hours at $250 per hour), to which is added a ten percent (.10) multiplier ($18,268.75), for a total of $200,956.25. Paralegal compensation is set at $15,266.25 (203.55 hours at $75 per hour). The Motion is otherwise hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE